[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 15, 2006
THOMAS K. KAHN
CLERK

No. 05-15462
Non-Argument Calendar

_____

D. C. Docket No. 04-00063-CR-5-MCR-MD

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

LUIS SALVADOR SAUCEDO-GONZALEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Florida

_____

**(May 15, 2006)**

Before TJOFLAT, ANDERSON and HILL, Circuit Judges.

PER CURIAM:

Chet Kaufman, appointed counsel for Luis Salvador Saucedo-Gonzalez in

this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Saucedo-Gonzalez's conviction and sentence are **AFFIRMED**. Saucedo-Gonzalez's motion for appointment of new counsel is **DENIED** as moot.